

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-15-00046-CR

Freddie Lee **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR8008
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On June 3, 2015, Appellant's court-appointed counsel filed an *Anders* brief and a motion to withdraw in companion appeals numbered 04-15-00045-CR and 04-15-0046-CR. *See Anders v. California*, 386 U.S. 738, 744 (1967). In counsel's certification to this court, Appellant's counsel explained that she took the following steps:

(1)     notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

(2)     advised Appellant of his right to review the appellate record and file a pro se brief;

(3)     advised Appellant of his right to file a pro se petition for discretionary review should the court of appeals determine the appeal is frivolous; and

(4)     provided Appellant with a pro se motion for access to the appellate record, addressed to the Fourth Court of Appeals, that lacked only Appellant's dated signature.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court